1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**

9                        **SOUTHERN DISTRICT OF CALIFORNIA**

10

11    LUZ REYNOSO,                        )      CIVIL NO.   05CV 0546 W (JMA)
                                          )
12                Plaintiff,              )
                                          )      **ORDER GRANTING**
13                                        )      **JOINT MOTION**
                                          )      **TO AWARD EAJA**
14                v.                      )      **ATTORNEYS' FEES**
                                          )
15                                        )
      JO ANNE B. BARNHART,                )
16    Commissioner of Social Security     )
                          Defendant.      )
17    _____)

18
19          Pursuant to the parties' joint motion to award EAJA Attorney Fees, the Court hereby

20    awards EAJA attorneys' fees in the amount of $5,000.00, payable to Mary Mitchell.

          **IT IS SO ORDERED.**
21
22
23
24
      DATED:  February 9, 2007
25
26                                              _____
                                                Hon. Thomas J. Whelan
27                                              United States District Judge

28